1  ANDREW L. PACKARD (State Bar No. 168690)
   ERIK ROPER (State Bar No. 259756)
2  EMILY J. BRAND (State Bar No. 267564)
   Law Offices of Andrew L. Packard
3  100 Petaluma Blvd. N Ste 301
   Petaluma, CA 94952
4  Tel: (707) 763-7227
   Fax: (415) 763-9227
5  E-mail: andrew@packardlawoffices.com

6  Attorneys for Plaintiff CALIFORNIA
   SPORTFISHING PROTECTION ALLIANCE
7

8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation, | Case No. 2:12-CV-00441-MCE-EFB |
|---|---|
| Plaintiff, v. | **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |
| ELDER CREEK TRANSFER & RECOVERY, INC., a California corporation; ALLIED WASTE INDUSTRIES, INC., a Delaware corporation; REPUBLIC SERVICES, INC., a Delaware corporation; BFI Waste SYSTEMS OF NORTH AMERICA, LLC, a Delaware corporation, | |
| Defendants. | |

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants ELDER CREEK TRANSFER & RECOVERY, INC., ALLIED WASTE INDUSTRIES, INC., REPUBLIC SERVICES, INC., AND BFI WASTE SYSTEMS OF NORTH AMERICA, LLC as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:12-CV-00441-MCE-EFB, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

927112.1

1    IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the
2 Parties with respect to disputes arising under the Consent Agreement attached to the Parties'
3 Stipulation to Dismiss as Exhibit A.
4    IT IS SO ORDERED.

5

6 Dated: November 30, 2012

7 _____
  MORRISON C. ENGLAND, JR
8 UNITED STATES DISTRICT JUDGE

927112.1